

# Fourth Court of Appeals
## San Antonio, Texas

January 31, 2018

No. 04-17-00801-CV

**IN THE INTEREST OF C.A.E., ET AL CHILDREN**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA02691
Honorable Gloria Saldana, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days from the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The notice of appeal was filed in the trial court on December 4, 2017. The appellate record was complete on December 27, 2017, and the appellant's brief was due to be filed on January 16, 2018. Neither the appellant's brief nor a motion for extension of time has been filed. It is therefore ORDERED that appellant show cause in writing **within fifteen (15) days** from the date of this order why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court